RECEIVED
FEB 0 9 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GERALD ELWOOD (#22424-034)    DOCKET NO. 14-CV-3097, SEC. P

VERSUS    JUDGE STAGG

USA    MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the petition pursuant to 28 U.S.C. §2241 be dismissed for lack of jurisdiction.

THUS DONE AND SIGNED, at Shreveport, Louisiana, on this 9th day of February, 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA

Case 1:14-cv-03097-TS-JDK   Document 19   Filed 02/09/15   Page 1 of 1 PageID #: 211